# PD-0307-15

APPEAL NO. 05-13-01687-CR

JAMES DESTRY HAMM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

APPEAL OF CAUSE NO. TRIAL COURT# 02-13-340

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 24 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAR 24 2015

Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO SE PETITION FOR DISCRETIONARY REVIEW PURSUANT TO T.R.A.P. Rule 10.5(b); 68.1,2

TO THE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, JAMES DESTRY HAMM, APPELLANT PRO SE, AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILING HIS PETITION FOR DISCRETIONARY REVIEW (OR RESPONSE) BY 90 DAYS, FROM MARCH 25, 2015 TO JUNE 25 2015. IN SUPPORT, APPELLANT WOULD SHOW THE FOLLOWING:

I.

ON NOVEMBER 20 2015 THE JURY FOUND APPELLANT GUILTY OF STALKING. THE JURY ASSESSED PUNISHMENT AT (6) SIX YEARS IMPRISONMENT TDCJ-ID.

II.

ON MARCH 6, 2015, APPELLANT RECEIVED NOTICE BY MAIL OF HIS ATTORNEY THAT HIS APPEAL WAS AFFIRMED ON MARCH 6, 2015, AND THAT APPELLANT HAD A RIGHT TO FILE A PRO SE BRIEF TO PETITION FOR DISCRETIONARY REVIEW.

III.

THE APPELLATE RECORD HAS NOT BEEN MADE AVAILABLE TO APPELLANT SO HE CAN FILE PRO SE HIS PETITIONER FOR DISCRETIONARY REVIEW PURSUANT TO T.R.A.P. RULE 68.

(1)

## IV.

THIS IS APPELLANT FIRST REQUEST FOR EXTENSION PURSUANT TO T.R.A.P. RULE 10.5(b). APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASONS:

(1.) APPELLANT HAS NOT YET RECIEVED HIS TRIAL/CLERK RECORDS, TRANSCRIPTS, TO PURSUE AND PROSE HIS PETITION FOR DISCRETIONARY REVIEW, FROM HIS TRIAL/APPEAL ATTORNEY TED SANSOM TO FILE IT IN 30 DAYS OF NOTICE.

(2) APPELLANT REQUESTS EXTENSION OF TIME 10.5(b) IN DUE REGARDS TO THAT HE'S ONLY A LAYMAN OF THE LAW WITH LIMITED KNOWLEDGE. AND DUE TO THAT HE CAN ONLY RECIEVE 2 HOURS A DAY AT LAW LIBRARY ON THIS UNIT, 5 DAYS PER WEEK, TUESDAY THRU SATURDAY.

(3) DUE TO MY OFFENSE IS VERY COMPLEXITY AND I DON'T HAVE COMPETENT ADVICE TO CHOOSE TO PURSUE MY ISSUES BECAUSE THEY ARE TECHNICAL AND INVOLVED LEGAL PROCEDURE.

## V.

FOR THE REASONS STATED ABOVE, APPELLANT RESPECTFULLY REQUESTS AN ADDITIONAL (90 DAYS) NINETY-DAYS TO COMPLETE THE PETITION FOR DISCRETIONARY REVIEW IN SUPPORT OF APPELLANT'S APPEAL.

## VI.

APPELLANT PRAYS THAT THE COURT GRANT THIS MOTION AND EXTEND THE TIME TO FILE APPELLANT'S PROSE PETITION FOR DISCRETIONARY REVIEW BY (90 DAYS) EXTENDING THE DEADLINE FROM MARCH 25 2015, TO JUNE 25 2015.

RESPECTFULLY SUBMITTED

James S. Ham    # 1902108

APPELLANT, PRO SE.

(2)

JAMES DESTRY HAMM #01902108
BRADSHAW STATE JAIL
P.O. BOX 9000
HENDERSON TEXAS 75653

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 19, 2015, A TRUE AND CORRECT COPY OF APPELLANT'S MOTION FOR EXTENSION OF TIME 10.5(b) TO FILE HIS (PDR) PETITION FOR DISCRETIONARY REVIEW WAS MAILED TO THE TEXAS COURT OF CRIMINAL APPEALS P.O. BOX 12308 CAPITOL STATION, AUSTIN TEXAS 78711 BY U.S. MAIL AT BRADSHAW STATE JAIL MAILROOM SUPERVISOR, P.O. BOX 9000 HENDERSON TX 75653.

X James D. Hamm #01902108
APPELLANT, PRO SE

## VERIFICATION

I, JAMES DESTRY HAMM, TDCJ#01902108, BEING PRESENTLY INCARCERATED IN THE BRADSHAW STATE JAIL UNIT TDCJ-ID, RUSK COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING STATEMENTS ARE TRUE AND CORRECT,

EXECUTED: ON THE 19th DAY OF MARCH 2015.

X James D. Hamm #01902108
JAMES DESTRY HAMM #01802108
BRADSHAW STATE JAIL
P.O. BOX 9000
HENDERSON TEXAS 75653

IN THE COURT OF APPEALS FIFTH DISTRICT OF TEXAS AT DALLAS

NO. 05-13-01687-CR

JAMES DESTRY HAMM, APPELLANT

V.

THE STATE OF TEXAS, APPELLE

MOTION FOR APPOINTMENT COUNSEL PURSUANT TO TEX. CRIM. PROC. ART. 26.04 AND MY AFFIDAVIT OF INDIGENCY FOR COUNSEL TO REPRESENT ME ON PETITION FOR DISCRECTIONARY REVIEW PURSUANT TRAP. R. 68.1

TO THE HONORABLE JUDGE OF THIS COURT:

ON THIS THE 10TH DAY OF MARCH, 2015, I HAVE BEEN ADVISED THAT MY APPEAL HAD BEEN AFFIRM BY COURT. I AM REQUESTING THE COURT FOR APPOINTMENT OF COUNSEL PURSUANT TO TEX. CODE CRIM. PROC. ANN. ART. 26.04, V.A.C.C.P, FOR REPRESENTATION IN THE PETITION FOR DIS-CRETIONARY REVIEW CAUSE PENDING AGAINST ME.

I CERTIFY THAT I AM WITHOUT MEANS TO EMPLOY COUNSEL OF MY OWN CHOOSING AND I HEREBY REQUEST THE COURT TO APPOINT COUNSEL FOR ME.

1902108

x James D. Hamm

JAMES DESTRY Hamm #01902108

BRADSHAW STATE JAIL

P.O. BOX 9000

HENDERSON TEXAS 75653

DATED: MARCH 19, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 19, 2015, A TRUE AND CORRECT COPY OF APPELLANT'S MOTION FOR APPOINTMENT OF COUNSEL AND AFFIDAVIT OF INDIGENCY FOR COUNSEL WAS MAILED TO THE HONORABLE COURT OF APPEALS FIFTH DISTRICT OF TEXAS AT DALLAS, James D. Hamm BY U.S. MAIL PREPAID POSTAGE AT BRADSHAW STATE JAIL MAILROOM SUPERVISOR P.O BOX 9000 HENDERSON TEXAS 75653.

James D. Hamm # 1902108
APPELLANT, PRO SE